UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

LARRY D. WILSON, JR.,
Institutional ID No. 02357491

                Plaintiff,

v.

                No.  5:25-CV-00021-H

WARDEN WILLIAMS, *et al.*,

                Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation (FCR) for disposition of this prisoner civil-rights action.  Dkt. No. 13.  In particular, the Magistrate Judge recommends that the Court:  (1) dismiss without prejudice Plaintiff's claims against the TDCJ Smith Unit Medical Department, along with any claims for money damages that he intends to raise against the individual TDCJ defendants in their official capacities, as barred by the doctrine of sovereign immunity under the Eleventh Amendment; (2) also dismiss Plaintiff's claims for injunctive relief against the Smith Unit Medical Department as moot; and (3) dismiss Plaintiff's remaining claims brought against all of the other named defendants for failure to state a plausible claim for relief against them under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

The deadline for Plaintiff to file objections to the FCR expired.  To date, Plaintiff has not filed any objections, sought an extension of time to do so, or otherwise attempted to refute the proposed findings of fact or conclusions of law made by the Magistrate Judge.

The Court independently examined the record and reviewed the FCR for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's complaint and all claims asserted in it are, for the reasons stated in the FCR, dismissed under Sections 1915(e)(2)(B) and 1915A(b).

The Court will enter judgment accordingly.

So ordered.

Dated April___20___, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge